IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01826-MEH

DEREK M. RICHTER,

    Plaintiff,

v.

CITY OF COMMERCE CITY, COLORADO,
TROY SMITH, in his individual capacity,
DAVID CUBBAGE, in his individual capacity, and
KAREN STEVENS, in her individual capacity,

    Defendants.

_____

## MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 11, 2016**.

    Defendants' renewed Unopposed Motion for Entry of Protective Order [filed February 10, 2016; docket #36] is **granted**. The parties' proposed Stipulated Protective Order is accepted and filed contemporaneously with this minute order.